UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLACIAL CAPITAL, LLC and TRSE HOLDINGS LLC,

        Plaintiffs,

    v.

BANCO DE LA PROVINCIA DE BUENOS AIRES,

        Defendant.

No. 1:24-cv-8156-DEH

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL

---

WHEREAS, the Province is the issuer of 10.875% Notes due January 26, 2021 (the "**Notes**"), issued pursuant to an Indenture, dated as of January 12, 2006 between the Province, as Issuer, and the Bank of New York, as Trustee;

WHEREAS, on or about October 28, 2024, Glacial Capital, LLC and TRSE Holdings LLC commenced the above-captioned action against Banco de la Provincia de Buenos Aires to adjudge it jointly and severally liable for the amounts due on the Notes (the "**Action**");

NOW, THEREFORE, Plaintiffs, by their attorney Gibson, Dunn, & Crutcher, LLP, and Banco de la Provincia de Buenos Aires, by its attorneys Sullivan & Cromwell LLP, HEREBY STIPULATE AND AGREE THAT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Count I of the Action is hereby dismissed without prejudice, Counts II, III, and IV of the Action are hereby dismissed with prejudice, and with each party to bear its own costs.

Dated: New York, New York
September 16, 2025

                        GIBSON, DUNN, & CRUTCHER, LLP

                        _____
                        Robert L Weigel (rweigel@gibsondunn.com)
                        Jason W. Myatt Gmyatt@gibsondunn.com)
                        Nadia Alhadi (nalhadi@gibsondunn.com)
                        200 Park Avenue
                        New York, NY 10166-0193
                        Telephone: (212) 351-4000

                        Miguel A. Estrada (mestrada@gibsondunn.com)
                        1700 M Street, N.W.
                        Washington, D.C. 20036-4504
                        Telephone: (202) 955-8500

                        *Attorneys for Plaintiffs Glacial Capital, LLC and TRSE Holdings LLC*


                        SULLIVAN & CROMWELL LLP

                        _____
                        Amanda F. Davidoff (davidoffa@sullcrom.com)
                        1700 New York Avenue, Suite 700
                        Washington, D.C., 20006
                        Telephone: (202) 956-7500

                        Sergio J. Galvis (galviss@sullcrom.com)
                        125 Broad Street
                        New York, New York, 10004
                        Telephone: (212) 558-4000

                        *Attorneys for Defendant Banco de la Provincia de Buenos Aires*

IT IS SO ORDERED.

Dated:  September 17, 2025
            New York, New York

                                              _____
                                              Dale E. Ho
                                              United States District Judge

The Clerk of Court is respectfully directed to terminate ECF No. 29 and to close this case.